# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marvin Daniel Hazel, Jr.<br>*Plaintiff*<br>v.<br>Nancy A. Berryhill, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 5:17-2421-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is reversed and remanded to the Commissioner for further administrative action.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date: December 17, 2018

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*